AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS
McALLEN DIVISION

JAN 2 1 2018

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Domingo Perez-Gomez

## CRIMINAL COMPLAINT

Case Number: M-18-0119-M

IAE   YOB: 1984
United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 19, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Domingo Perez-Gomez was encountered by Border Patrol Agents near Mission, Texas on January 19, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 19, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States, on April 21, 2015 through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 25, 2015, the defendant was convicted 8 USC 1326 Illegal Re-Entry into the United States and sentenced to twenty seven (27) days confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on January 21, 2018.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Sworn to before me a       4:03 p.m.
January 21, 2018

Peter E. Ormsby                    , U.S. Magistrate Judge
Name and Title of Judicial Officer

/s/ Jayson Springer
Signature of Complainant

Jayson Springer    Senior Patrol Agent

Pete E Ormsby
Signature of Judicial Officer